## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| NORTHERN OIL AND GAS, INC., and NORTHWEST FARM CREDIT SERVICES, FLCA, | CV 14-90-BLG-TJC |
| Plaintiffs, | **ORDER** |
| vs. | |
| CONTINENTAL RESOURCES, INC., | |
| Defendant. | |

The Court held a telephonic status conference on October 10, 2017, for the purpose of identifying any issues remaining in the case. *See* Docs. 96, 98. The parties agreed that the plaintiffs' operative Complaint (Doc. 35) ("Amended Complaint") does not contain any relevant issues that need to be resolved by the Court and that any counts not addressed by prior dispositive orders (*see* Docs. 70, 95) are moot. The parties also requested thirty (30) days in which to provide the Court with a proposed final judgment. Accordingly,

IT IS ORDERED that, **on or before November 9, 2017**:

1.      plaintiffs Northern Oil and Gas, Inc. and Northwest Farm Credit Services, FLCA, shall, by way of stipulation or motion, dispose of any counts remaining in their Amended Complaint that were not addressed by the Court's dispositive orders; and

2.     the parties shall submit a proposed final judgment for the Court's consideration.

DATED this 10th day of October, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge