## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| NORTHERN OIL AND GAS, INC. and NORTHWEST FARM CREDIT SERVICES, FLCA,<br><br>Plaintiffs,<br><br>-vs-<br><br>CONTINENTAL RESOURCES, INC.,<br><br>Defendant. | CV 14-90-BLG-TJC<br><br>**ORDER DISMISSING NWFCS'S REMAINING CLAIMS** |

Plaintiff, Northwest Farm Credit Services, FLCA ("NWFCS") filed an Unopposed Motion to Dismiss its Remaining Claims (Doc. 100) in the above-entitled case without prejudice, as they are currently moot. As the Motion is unopposed and GOOD CAUSE APPEARING,

IT IS ORDERED that Counts 2, 3 and 4 as set forth in the Amended Complaint (Doc. 35) are dismissed without prejudice. NWFCS has expressly reserved the right to re-file these claims in the event the previous rulings of this Court granting NWFCS judgment are disturbed by appeal or otherwise.

DATED this 15th day of November, 2017.

_____

TIMOTHY J. CAVAN
United States Magistrate Judge