UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NORTHERN OIL AND GAS, INC., and NORTHWEST FARM CREDIT SERVICES, FLCA,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL RESOURCES, INC.,<br><br>Defendant. | Case No. CV-14-90-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED (1) This Court's Order granting NWFCS's Motion for Summary Judgment and denying Defendant Continental's Motion for Summary Judgment dated May 31, 2016 (Doc. 70) is fully incorporated herein; (2) This Court's Order granting Northern's Motion for Summary Judgment and denying Continental's Motion for Declaration of Law dated September 27, 2017 (Doc. 95), is fully incorporated herein; (3) The Stipulation filed by NWFCS and Continental on October 4, 2017 (Doc. 97), the update thereto (Doc. 101), and the Court's Order Dismissing NWFCS's Remaining Claims (Doc. 102) are incorporated by reference in their entirety; and (4) The updated Stipulation sets forth the agreement of the parties as follows:
(a) The current outstanding and underpaid royalties owed to NWFCS by Continental as of the October 2017 accounting period total $42,558.62.

(b) The statutory interest on outstanding and underpaid royalties owed to NWFCS by Continental as of May 31, 2016, total $7,383.88.

(c) The statutory interest on the underpayments of royalties owed to NWFCS by Continental for the period of time from June 2016 through October 2017 total $304.78;

(d) Statutory interest under Mont. Code Ann. § 82-10-103 and §31-1-107 (currently 15.00%) shall apply to the $39,380.67 underpayment of royalties that accrued through May 31, 2016, commencing on June 1, 2016, and continuing until paid; (e) In addition, statutory interest under Mont. Code Ann. §82-10-103 and §31-1-107 (currently 15.00%) shall apply to any underpayment of royalties after May 31, 2016, from the date of underpayment until paid;

(f) NWFCS's reasonable attorney fees and costs in the amount of $56,235.50, shall be paid by Continental;

(g) Post-judgment statutory interest under Mont. Code Ann. § 25-9-205 shall apply to the attorneys' fees award from the date of this judgment until paid;

(h) Pursuant to NWFCS's Unopposed Motion to Dismiss Remaining Claims (Doc. 100), all remaining claims in this matter have been dismissed, without prejudice.

Dated this 17th day of November, 2017.

TYLER P. GILMAN, CLERK

By: /s/ Judith Rhoades
Judith Rhoades, Deputy Clerk